

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00149-CR

**EX PARTE** Sergio Jimenez **MENDIETA**

From the County Court, Kinney County, Texas
Trial Court No. 12186CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

_H. Todd McCray_
H. Todd McCray, Justice